# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA G. SMERDON and RENE L. SPAULDING, her wife, | No. 4:16-CV-02122 |
| Plaintiffs. | (Judge Brann) |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant. | |

## ORDER

### SEPTEMBER 21, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion for Summary Judgment filed by GEICO Casualty Company, ECF No. 28, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The motion is **GRANTED** as to Count II of Plaintiffs' complaint, ECF No. 1, but

   b. The motion is otherwise **DENIED**.

2. The Motion for Partial Summary Judgment filed by Brenda G. Smerdon and Rene L. Spaulding, ECF No. 30, is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge